UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                           Chapter 7

INTER-COUNTY BUILDING                                       Case No. 08-75007
MATERIALS CORP.,

                        Debtor.
----------------------------------------------------------x
ANDREW THALER, AS TRUSTEE,

                        Plaintiff
            -against-                                              Adv. Proc. No. 09-8264-478

EDWARD WATRAS,
                        Defendant
----------------------------------------------------------x

## ORDER APPROVING SETTLEMENT AGREEMENT AND CLOSING ADVERSARY PROCEEDING

        Upon the application of Andrew Thaler, as Chapter 7 Trustee (the "Trustee") of the Inter-County Building Materials Corp. ("Debtor") for an order pursuant to section Fed. R. Bankr. P. 9019 approving that certain settlement agreement (the "Settlement Agreement") entered into by and between the Trustee and the Defendant herein, and after due deliberation and sufficient cause appearing therefore, it is

        ORDERED, that the Settlement Agreement be, and it hereby is, approved, and it is further

ORDERED, that this Adversary Proceeding be, and it hereby is, closed; and it is further

ORDERED, that the Clerk of Court shall take such action as may be necessary to effectuate the closure of this Adversary Proceeding.

Dated: ***Central Islip***, New York
July __***19***__, 2010

<u>***s/Dorothy Eisenberg***</u>_____
UNITED STATES BANKRUPTCY JUDGE